UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WESLEY NEAL, II,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN, *et al.*,<br><br>Defendants. | Case No. 25-cv-12039<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT DEFENDANT SILVERTHORNE'S
MOTION TO EXCLUDE CASE FROM EARLY MEDIATION PROGRAM
(ECF NO. 19)**

Plaintiff Wesley Neal, II, a pro se prisoner, filed this civil rights action under 42 U.S.C. § 1983 based alleged violations of his constitutional rights. ECF No. 1. The Honorable Linda V. Parker referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 17. Defendant Ryan Silverthorne moves to exclude the case from the pro se prisoner early mediation program. ECF No. 19.

A July 2025 notice stated that the case, "if eligible, will be stayed and referred for participation in the Pro Se Early Prisoner Mediation Program." ECF No. 5. But Judge Parker did not stay the case or refer it to that program, instead referring it to the undersigned for all pretrial matters.

Because the case has not been referred to the early mediation program, the Court **DENIES** Silverthorne's motion to exclude it from that program as moot.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: January 22, 2026

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 22, 2026.

s/Davon Allen
DAVON ALLEN
Case Manager

3