UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY NEAL, II,

Plaintiff,

v.

ALLEN, *et al.*,

Defendants.

Case No. 25-cv-12039
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED WITH CLAIMS AGAINST DEFENDANTS WELLPATH, JOSEPH, AND MAGNUSON (ECF NO. 31)

Plaintiff Wesley Neal, II, a pro se prisoner of the Michigan Department of Corrections, sues defendants under 42 U.S.C. § 1983 for alleged constitutional violations arising from his incarceration at the Macomb Correctional Facility.  ECF No. 1.  The Honorable Linda V. Parker referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 17.

Defendant Wellpath Health moved to dismiss the claims against it, arguing that they were discharged under a plan and confirmation order issued in the bankruptcy proceedings.  ECF No. 16.  Neal moves to proceed with his claims against Wellpath and its employees, Joseph and

Danielle Magnuson, which is really a response opposing Wellpath's motion. ECF No. 31.  Regardless, the Court recommended dismissing the claims against Wellpath, Joseph, and Magnuson on different grounds, because they were improperly joined.  ECF No. 27.  Thus, Neal's motion to proceed with these claims is **DENIED** as moot.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 26, 2026

### <u>NOTICE TO PARTIES ABOUT OBJECTIONS</u>

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

### <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to

2

their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2026.

                                        s/Davon Allen
                                        DAVON ALLEN
                                        Case Manager