UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY NEAL, II,

       Plaintiff,                          Case No. 25-cv-12039
                                       Honorable Linda V. Parker

v.

ALLEN, et al.,

       Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S FEBRUARY 9, 2026 REPORT AND RECOMMENDATION, SUA SPONTE DISMISSING CERTAIN DEFENDANTS, AND DENYING AS MOOT DEFENDANTS' PENDING MOTIONS TO DISMISS

Plaintiff commenced this lawsuit against Defendants on July 8, 2025, asserting various claims arising from Plaintiff's incarceration at the Macomb Correctional Facility.  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 17.)

Defendants Wellpath Health and Ryan Silverthorne have filed motions to dismiss.  (ECF Nos. 16, 23.)  On February 9, 2026, Magistrate Judge Stafford issued a Report and Recommendation ("R&R), recommending that the Court sua

sponte dismiss the following Defendants from this action, concluding that Plaintiff's claims against them are improperly joined: Joseph, Brenda Hunter, Danielle Magnuson, Karlie Kelly, Shama Nazo, Silverthorne, Wellpath, and Obiskor.  (ECF No. 27.)  Magistrate Judge Stafford therefore also recommends that Silverthorne's and Wellpath's motions to dismiss be denied as moot.

At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that the failure to timely file specific objections constitutes a waiver of any further right to appeal.  No party has filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the following Defendants are **DISMISSED WITHOUT PREJUDICE**, and they are **TERMINATED AS PARTIES** to this action: Joseph, Brenda Hunter, Danielle Magnuson, Karlie Kelly, Shama Nazo, Ryan Silverthorne, Wellpath Health, and Obiskor.

**IT IS FURTHER ORDERED** that the motions to dismiss by Silverthorne and Wellpath (ECF Nos. 16 and 23) are **DENIED AS MOOT**.

2

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 27, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 27, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

3