UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESLEY NEAL, II,

       Plaintiff,

v.

ALLEN, et al.,

       Defendants.

_____/

Case No. 25-cv-12039
Honorable Linda V. Parker

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S JUNE 8, 2026 REPORT AND RECOMMENDATION AND GRANTING DEFENDANT NENROD'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (ECF NO. 30)**

Plaintiff commenced this lawsuit against several Defendants on July 8, 2025. On February 27, 2026, the Court dismissed without prejudice Plaintiff's claims against all Defendants but Dr. Allen and Ebony Nenrod. On February 18, 2026, Nenrod filed a motion to dismiss or for summary judgment. (ECF No. 30.) The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 17.)

On June 8, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Nenrod's motion.

(ECF No. 44.).  At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant Ebony Nenrod's motion to dismiss or for summary judgment (ECF No. 30) is **GRANTED** and this Defendant shall be terminated as a party to this action.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 29, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 29, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

2